UNDER SEAL

FILED
CLERK, U.S. DISTRICT COURT
9/30/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____jgu_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2019 Grand Jury

| UNITED STATES OF AMERICA, | No. **2:20-CR-0445-VAP** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1341: Mail Fraud Affecting a Financial Institution; 18 U.S.C. § 1014: False Statement to a Financial Institution] |
| ARA SAHAKYAN, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH TWENTY-SEVEN

[18 U.S.C. §§ 1341, 2(a)]

A.  SCHEME TO DEFRAUD

1.  Beginning in or around May 2014, and continuing through at least in or around April 2019, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant ARA SAHAKYAN, together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and with intent to defraud, devised, participated in, and executed and attempted to execute a scheme to defraud Ally Bank, an institution the accounts of

which were insured by the Federal Deposit Insurance Corporation, BMW Financial Services NA, LLC, Volkswagen Credit Leasing Ltd., and Nissan Motor Acceptance Corporation, as to material matters, and to obtain money and property from Ally Bank, BMW Financial Services NA, LLC, Volkswagen Credit LSG Ltd., and Nissan Motor Acceptance Corporation, by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts, with such scheme affecting a financial institution.

2. The fraudulent scheme operated, in substance, in the following manner:

a. Defendant SAHAKYAN would lease multiple vehicles in his name, but for other co-schemers to use.

b. To qualify for those leases, defendant SAHAKYAN would sign and submit lease applications, which had false information as to his annual income, his employment, and whether he owned his residence.

i. On or about May 23, 2014, defendant SAHAKYAN signed and submitted a lease application to qualify to lease a new 2014 BMW X6, wherein he provided false information, including falsely claiming his annual income was $180,000, which resulted in his obtaining that vehicle.

ii. On or about September 13, 2014, defendant SAHAKYAN signed and submitted a lease application to Ally Bank to qualify to lease a new 2014 Maserati, wherein he provided false information, including falsely claiming his annual income was $189,000 and falsely claiming that he was employed as the chief financial officer for a bakery, which resulted in his obtaining that vehicle.

2

    iii. On or about September 14, 2014, defendant SAHAKYAN signed and submitted a lease application to qualify to lease a new 2014 VW Passat, wherein he provided false information, including falsely claiming his monthly income was $10,000, which resulted in his obtaining that vehicle.

    iv. On or about September 20, 2014, defendant SAHAKYAN signed and submitted a lease application to qualify to lease a new 2014 Infinity QX70, wherein he provided false information, including falsely claiming his monthly salary was $8,000, and falsely claiming that he was the co-owner of a bakery, which resulted in his obtaining that vehicle.

  c. Those lease applications would be submitted to banks and other lenders for approval, including by interstate wires.

  d. Defendant SAHAKYAN would provide the vehicles that he had leased to other co-schemers to use, which they would then drive.

    i. On or about May 2, 2015, unindicted co-schemer A.A. was involved in a traffic accident while driving the BMW.

  e. To conceal the identities of his co-schemers who were using the vehicles, defendant SAHAKYAN would: (i) fail to include the co-schemers on the leases; (ii) register the vehicles only in his name; (iii) obtain insurance for the vehicles only in his name; and (iv) lie about the identities of co-schemers for whom he had leased vehicles, when interviewed by federal agents on or about March 7, 2019.

  f. Defendant SAHAKYAN would register the vehicles in his name with the California Department of Motor Vehicles ("DMV"), which would mail vehicle registrations and notices to defendant SAHAKYAN's residence in Los Angeles, California, via the United States Postal

1 Service ("USPS").

2      g.   Defendant SAHAKYAN would obtain insurance for the
3 vehicles in his name, even though he was not using the vehicles, and
4 the insurance companies would mail him insurance policies and bills,
5 for which he would make payments, including by mail and interstate
6 wires.

7      h.   Defendant SAHAKYAN would fail to make all of the
8 payments for the vehicles he had leased.

9 B.   USE OF THE MAILS

10     3.   On or about the following dates, within the Central
11 District of California, and elsewhere, defendant SAHAKYAN, for the
12 purpose of executing and attempting to execute the above-described
13 scheme to defraud, willfully caused the following items to be placed
14 in an authorized depository for mail matter to be sent and delivered
15 by the USPS according to the directions thereon:

| COUNT | DATE | DESTINATION | ITEM MAILED |
|---|---|---|---|
| ONE | 05/23/14 | DMV, Sacramento, CA | Bill of sale and application for registration of new vehicle for BMW |
| TWO | 05/28/14 | 10051 Mission Blvd., Riverside, CA | Insurance policy for BMW from Foremost Insurance Group |
| THREE | 06/02/14 | Defendant SAHAKYAN's residence | Initial DMV registration for BMW |
| FOUR | 06/03/14 | Defendant SAHAKYAN's residence | BMW Financial Services monthly account statement for BMW lease |
| FIVE | 09/15/14 | DMV, Sacramento, CA | Bill of sale and application for registration of new vehicle for Maserati |
| SIX | 09/15/14 | DMV, Sacramento, CA | Bill of sale and application for registration of new vehicle for VW |
| SEVEN | 09/18/14 | Defendant SAHAKYAN's residence | Letter from Ally to defendant SAHAKYAN re: lease agreement |

4

| COUNT | DATE | DESTINATION | ITEM MAILED |
|---|---|---|---|
| EIGHT | 09/19/14 | Defendant SAHAKYAN's residence | Initial DMV registration for Maserati |
| NINE | 09/22/14 | DMV, Sacramento, CA | Bill of sale and application for registration of new vehicle for Infiniti |
| TEN | 09/26/14 | Defendant SAHAKYAN's residence | Initial DMV registration for VW |
| ELEVEN | 10/02/14 | Defendant SAHAKYAN's residence | Initial insurance policy for Maserati from ZAK Insurance |
| TWELVE | 10/02/14 | Defendant SAHAKYAN's residence | Initial DMV registration for Infinity |
| THIRTEEN | 11/06/14 | Defendant SAHAKYAN's residence | Initial insurance policy for VW Passat from Mercury Insurance |
| FOURTEEN | 11/21/14 | Defendant SAHAKYAN's residence | Monthly insurance bill from Mercury Insurance for VW |
| FIFTEEN | 01/26/15 | Defendant SAHAKYAN's residence | Letter from Ally that he had failed to make the required monthly lease payments |
| SIXTEEN | 03/10/15 | Defendant SAHAKYAN's residence | DMV notice of registration renewal re: BMW |
| SEVENTEEN | 06/03/15 | Defendant SAHAKYAN's residence | BMW Financial Services monthly account statement for BMW lease |
| EIGHTEEN | 07/01/15 | Defendant SAHAKYAN's residence | DMV notice of registration renewal re: Maserati |
| NINETEEN | 07/09/15 | Defendant SAHAKYAN's residence | DMV notice of registration renewal re: Infinity |
| TWENTY | 07/22/15 | Defendant SAHAKYAN's residence | Letter from BMW that vehicle had been sold at auction, leaving deficiency balance of $19,041.88 due |
| TWENTY-ONE | 09/04/15 | Defendant SAHAKYAN's residence | Letter from Ally that account had been referred to Asset Recovery Center |
| TWENTY-TWO | 07/03/16 | Defendant SAHAKYAN's residence | DMV notice of registration renewal re: VW |
| TWENTY-THREE | 07/09/16 | Defendant SAHAKYAN's residence | DMV notice of registration renewal re: Infinity |
| TWENTY-FOUR | 09/08/16 | Defendant SAHAKYAN's residence | DMV registration for VW |

5

| COUNT | DATE | DESTINATION | ITEM MAILED |
|---|---|---|---|
| TWENTY-FIVE | 07/09/17 | Defendant SAHAKYAN's residence | DMV notice of registration renewal re: Infinity |
| TWENTY-SIX | 09/22/17 | 10051 Mission Blvd., Riverside CA | Insurance policy for Infinity from National General Insurance |
| TWENTY-SEVEN | 12/16/17 | Defendant SAHAKYAN's residence | Letter from VW that still owed $4,791.83 |

COUNT TWENTY-EIGHT

[18 U.S.C. § 1014]

On or about September 13, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant ARA SAHAKYAN knowingly made, and willfully caused to be made, false statements to Ally Bank, an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the actions of Ally Bank in connection with a vehicle lease application, in that, in such application, defendant SAHAKYAN falsely stated that: (1) his annual income was $189,000; (2) he was employed as a CFO; and (3) he owned his residence on Russell Avenue in Los Angeles, California, when in fact, as defendant SAHAKYAN then

///
///
///

knew: (1) his annual income was not $189,000; (2) he was not employed as a CFO; and (3) he did not own that residence.

A TRUE BILL

/s/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

CHARLES E. PELL
Assistant United States Attorney
Santa Ana Branch Office